# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| BREKOU BAYOU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.  8:12-cv-01867-AW |
| v. | ) |
| | ) |
| LAW OFFICES OF CAWLEY & BERGMAN, LLP, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, BREKOU BAYOU ("Plaintiff"), by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of being finalizing, which Plaintiff anticipates will be within the next thirty (30) days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated:  July 31, 2012                RESPECTFULLY SUBMITTED,

By:  /s/ Fredrick E. Nix  (#29201)
Law Offices of Fredrick E. Nix, P.C.
240 South Potomac Street, Suite 203
Hagerstown, MD 21740
(888) 221-6685  |  fredrick.nix@attorneynix.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on July 31, 2012, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Fredrick Nix
Fredrick Nix, Esq.